IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

THOMAS HALSEY, JR.,

    Plaintiff,

vs.

Lt. D. ACKER; HARLEY G. LAPPIN;
ANTHONY HAYNES; and R. MEYER,

    Defendants.

CIVIL ACTION NO.: CV212-031

## ORDER

Plaintiff Thomas Halsey, Jr., ("Plaintiff") filed an Objection, in the form of an affidavit, to the Magistrate Judge's Report dated September 24, 2012, which recommended that Defendants' Motion to Dismiss be granted. After an independent and de novo review of the record, the undersigned agrees with the Magistrate Judge's Report and Recommendation.

The Magistrate Judge determined that Plaintiff did not exhaust his available administrative remedies because Plaintiff did not properly appeal to the Office of the General Counsel. (Doc. No. 39, p. 5). As the Magistrate Judge explained, a review of Plaintiff's administrative remedy history, along with the relevant administrative remedy requests attached to Plaintiff's Complaint, shows that Plaintiff's attempt to appeal the Regional Director's response to the Office of the General Counsel, was rejected. (Doc. No. 34-2, p. 21; Doc. No. 1, p. 14). That rejection notice informed Plaintiff that he could resubmit his appeal in proper form within fifteen days of the date of the rejection notice.

AO 72A
(Rev. 8/82)

(Doc. No. 1, p. 14). There is no indication that Plaintiff ever resubmitted his appeal to the Office of the General Counsel.

In his Objection, Plaintiff argues that "[a]lthough my submission was rejected . . . it was submitted by me. I did my part." (Doc. No. 44, p. 1). As the Magistrate Judge noted, to exhaust administrative remedies, a prisoner must "properly take each step within the administrative process." Johnson v. Meadows, 418 F.3d 1152, 1158 (11th Cir. 2005) (citation omitted). As previously stated, Plaintiff's attempt to appeal the Regional Director's response to the Office of the General Counsel was rejected. That rejection notice stated that Plaintiff's appeal was rejected because he did not provide a copy of his institution administrative remedy request form and he did not provide a copy of the response from the warden. (Doc. No. 1, p. 14). The rejection notice shows that Plaintiff did not *properly* take the final step in the administrative remedy process. As a result, Plaintiff did not complete the process.

Plaintiff's Objection to the Magistrate Judge's Report and Recommendation is without merit and is **overruled**. The Report and Recommendation of the Magistrate Judge is adopted as the Opinion of the Court. Defendants' Motion to Dismiss is **GRANTED**. Plaintiff's Complaint is **DISMISSED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

SO ORDERED, this ____ day of _____, 2012.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)